IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM CYPRUS ) <br> IN THE MATTER OF ) <br> ACTION RENTAL SERVICES ) | Misc. No. 06- |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Cypriot authorities.

```
                              COLM F. CONNOLLY
                              United States Attorney
                         By: /s/ Richard G. Andrews
                              Richard G. Andrews
                              Assistant U.S. Attorney
                              Delaware Bar I.D. No.2199
                              1007 N. Orange Street
                              Wilmington, DE   19801
                              (302) 573-6277
```

Dated: 5/9/06